# United States Court of Appeals

### For the Eighth Circuit

_____

No. 18-3190

_____

Harold D. Isaac

*Plaintiff - Appellant*

v.

Unknown Flenoid

*Defendant*

Dana Cockrell; Paula Reed; Timothy Holsten

*Defendants - Appellees*

Unknown Davis; Unknown Hannabrick

*Defendant*s

_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau

_____

Submitted: December 4, 2019
Filed: December 12, 2019
[Unpublished]

_____

Before GRUENDER, WOLLMAN, and KOBES, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Missouri inmate Harold D. Isaac appeals following the district court's[1] adverse grants of summary judgment. Viewing the evidence in a light most favorable to Isaac, and giving him the benefit of all reasonable inferences, we find no basis for reversing the summary judgment orders, see Sisney v. Kaemingk, 886 F.3d 692, 697 (8th Cir. 2018) (de novo review); and we find no merit to Isaac's challenges to certain other orders. The judgment is affirmed, see 8th Cir. R. 47B; and Isaac's two pending motions are denied.

---

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.